| | |
|---|---|
| 1 | Phil Horowitz (State Bar #111624) |
| | Christopher Banks (State Bar #279895) |
| 2 | Law Offices of Phil Horowitz |
| | 428 Thirteenth Street, 11th Floor |
| 3 | Oakland, California 94612 |
| | Telephone: (415) 391-0111 |
| 4 | E-mail: phil@philhorowitz.com |
| | Attorneys for Plaintiff |
| 5 | Ruby Arriaga |

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Banks, Bar No. 218779
christopher.banks@morganlewis.com
Robin Marie Lagorio, Bar No. 284885
robin.lagorio@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
Attorneys for Defendant
ABB/CON-CISE OPTICAL GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY ARRIAGA, | Case No. 17-cv-05761-EMC |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | |
| ABB/CON-CISE OPTICAL GROUP LLC, a California Corporation, and DOES 1 through 50, inclusive. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ruby Arriaga and Defendant ABB/Con-cise Optical Group LLC hereby stipulate that this action and all claims Plaintiff has asserted against Defendant in this action are hereby dismissed with prejudice, and each party shall bear its own fees and costs. The Clerk shall close this case.

Respectfully submitted this 26th day of March, 2018.

Dated: March 26, 2018       LAW OFFICES OF PHIL HOROWITZ

                        by  _____
                            Phil Horowitz
                            Attorneys for Plaintiff
                            Ruby Arriaga

Dated: March 26, 2018       MORGAN, LEWIS & BOCKIUS LLP

                        by  _____
                            Christopher J. Banks / Robin Lagano
                            Attorneys for Defendant
                            ABB/Con-cise Optical Group LLC



IT IS SO ORDERED
Judge Edward M. Chen